PS 10
(Rev. 7/00)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### WARRANT FOR ARREST
### FOR
### VIOLATION OF THE CONDITIONS OF BOND

05 - 0337M - 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Court No. 1:05-CR-133-01 |
| v. | ) | Magistrate No. 1:05-MJ-232-01 |
| | ) | |
| Amanda Williams | ) | FILED |

TO: THE UNITED STATES MARSHAL
OR ANY OTHER AUTHORIZED OFFICER

JUN 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest Amanda Williams and bring her forthwith before the Honorable Joel M. Feldman or the nearest available United States Magistrate Judge to answer charges that she has violated the conditions of bond imposed by the United States Magistrate Judge for the Northern District of Georgia and for the purpose of setting new conditions of bond.

Signature of Issuing Officer:

_____    May 3, 2005
Honorable Joel M. Feldman                      Date
United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/13/05 | Robert T Hoffmaster | Robert T Hoffmaster |
| **DATE OF ARREST** | Deputy U.S. Marshal | |
| 6/15/05 | | |