



# UNITED STATES DISTRICT COURT
## for the
## Northern District of Georgia

# FILED

U.S.A. vs. Amanda Williams             JUN 1 5 2005    Docket No. 1:05-MJ-232

Petition for Action on Conditions of Pretrial Release 

COMES NOW Stephen E. Dorman, PROBATION OFFICER, presenting an official report upon the conduct of defendant Amanda Williams, who was placed under pretrial release supervision for the offense of Importation of Cocaine, 21 USC 952, by the Honorable Joel M. Feldman sitting in the Court at Atlanta, on 3/4/2005, under the following conditions:

Execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $30,000.
Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
Participate in one of the home confinement program components and abide by all the requirements of the program which will not include electronic monitoring or other location verification system. You are restricted to your residence every day from 8:00pm to 6:00 am.
Undergo medical or psychiatric treatment and/or remain in an institution as follows: Mental Health Counseling at the direction of the Pretrial Services Office.
Obtain no passport.
Surrender any passport to: The Pretrial Services Office.
Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
Shall be supervised by the pretrial services office and follow the instructions of the supervising officer. Any proposed travel outside the Northern District of Georgia shall be approved before leaving the district.
Reside with mother.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On April 28, 2005, the defendant's mother contacted USPSO Dana Chance of the Western District of Missouri and advised the defendant had taken her belongings and left the residence the previous night. As of May 2, 2005 the defendant's whereabouts are unknown.

ATTEST A TRUE COPY
MAY 0 4 2005
Luther Thomas, Clerk

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of the defendant to be brought before the Court to show cause why her bond should not be revoked or modified..

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this __3rd__ day of __May, 2005__, and ordered filed and made a part of the records in the above case. | _____<br>Stephen E. Dorman<br>U. S. Probation Officer |
| _____<br>Honorable Joel M. Feldman<br>U. S. Magistrate Judge | Place: Atlanta, Georgia<br>Date: May 3, 2005 |
|  | _____<br>S. Renee Wilson<br>Senior Officer In Charge |