**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 6/20/05

Nancy Mayer-Whittington
Clerk of the Court

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 27 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

Address of Other Court:
2211 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

FILED
JUN 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: CR 05-337M-01

1:05-CR-133-CC

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other-Blotter dated 6/15/05 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk